U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| TRAVIS LUBOM COOPER | * | CIVIL ACTION NO. 06-0009-P |
| VERSUS | * | JUDGE WALTER |
| CADDO CORRECTIONAL CENTER, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for summary judgment [doc. # 36] is **GRANTED**, and that judgment is entered in favor of defendants, Deputy William Kline and Caddo Parish Sheriff, Steve Prator (incorrectly named as Caddo Correctional Center), dismissing with prejudice plaintiff's federal law claims.

IT IS FURTHER HEREBY ORDERED that plaintiff's state law claims are dismissed, without prejudice.

IT IS FURTHER HEREBY ORDERED that plaintiff's motion for summary judgment [doc. # 33] is **DENIED**.

THUS DONE AND SIGNED this 7 day of Feb., 2007, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION